James G. Turack, Respondent, *v.* State of New York, Appellant.

(Claim No. 24970.)

Argued March 10, 1941; decided April 17, 1941.

738

*John J. Bennett, Jr., Attorney-General (James H. Glavin, Jr., Harold Greenstein* and *Henry Epstein* of counsel), for appellant.

*David C. Broderick, Solomon Silverstein* and *Simon Schechter* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.